USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
In re Application of China Financial Services Holdings :
Limited For an Order Pursuant to 28 U.S.C. § 1782 to :
Conduct Discovery for Use in Foreign Proceedings, :   22 MC 270 (VEC)
:
------------------------------------------------------------------- X    ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 24, 2022, the Court granted Petitioner's request to conduct discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 and granted Petitioner leave to serve certain subpoenas (the "Subpoenas"), Dkt. 8;

    WHEREAS the deadline for the subpoenaed entities to move to vacate or quash the Subpoenas was December 2, 2022; *see id.*; and

    WHEREAS to date, no motions to vacate or quash have been filed in this case.

    IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date: **February 7, 2023**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**